IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-13 Erie |
| | ) |
| WILLIAM JAMES MacARTHUR | ) |

**MOTION TO CONTINUE TRIAL**

AND NOW, comes the defendant, WILLIAM JAMES MacARTHUR, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court to continue the trial date, and in support thereof sets forth as follows:

1. The defendant, William James MacArthur, has been charged in a one-count indictment with violation of Title 18 U.S.C. § 2113(a); bank robbery.

2. Mr. MacArthur's case is presently listed for trial during the trial term beginning December 5, 2005.

3. Additional time is needed to complete counsel's investigation of the facts and law before he can adequately prepare for trial.

4. Accordingly, counsel requests that the trial in this matter be continued to the next available trial term.

WHEREFORE, defendant, William James MacArthur, respectfully requests that the trial in this case be rescheduled to the next available trial term.

Respectfully submitted,


<u>/s/ Thomas W. Patton</u>
Thomas W. Patton
Assistant Federal Public Defender
PA ID #88653