IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM JAMES MacARTHUR )  | Criminal No. 05-13 Erie |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of _____, 2005, upon consideration of the within Motion for to Continue Trial, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period shall be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the court finds that the additional period is necessary to for defendant's counsel to adequately investigate and prepare for trial.

IT IS FURTHER ORDERED that this case is rescheduled for the next available trial term, beginning _____, 2006.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge