IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
        v.                  )  Criminal No. 05-13 Erie
                            )
WILLIAM JAMES MacARTHUR     )

### ORDER OF COURT

AND NOW, to-wit, this _8th_ day of _November_, 2005, upon consideration of the within Motion for to Continue Trial, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period shall be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the court finds that the additional period is necessary to for defendant's counsel to adequately investigate and prepare for trial.

IT IS FURTHER ORDERED that this case is rescheduled for the next available trial term, beginning _JANUARY_, 2006.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge