```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-13 Erie |
| | ) |
| WILLIAM JAMES MacARTHUR | ) |

**MOTION TO EXTEND THE TIME FOR THE
<u>FILING OF PRETRIAL MOTIONS AND TO CONTINUE TRIAL DATE</u>**

AND NOW, comes the defendant, WILLIAM JAMES MacARTHUR, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions and to Continue Trial Date, and in support thereof sets forth as follows:

1.   The defendant, William James MacArthur, has been charged in a one-count indictment with violation of Title 18 U.S.C. § 2113(a); bank robbery.

2.   Pursuant to an Order of Court dated December 12, 2005, certain types of pretrial motions are due on January 6, 2006.

3.   Mr. MacArthur is listed on the trial calendar for the term beginning January 24, 2006.

4.   Additional time is needed to complete counsel's investigation of the facts and law before informed decisions can be made concerning the filing of pretrial motions.

5.   Accordingly, counsel requests an additional thirty (30) within which to file pretrial motions and requests that the case be rescheduled for the next available trial term.

WHEREFORE, defendant, William James MacArthur, respectfully requests an extension of thirty (30) days to file pretrial motions and that the case be moved to the next available trial term.

                                        Respectfully submitted,

                                        <u>/s/ Thomas W. Patton</u>
                                        Thomas W. Patton
                                        Assistant Federal Public Defender
                                        PA ID #88653