IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-13 Erie |
| | ) |
| WILLIAM JAMES MACARTHUR | ) |

**MOTION TO EXTEND THE TIME FOR THE**
**<u>FILING OF PRETRIAL</u>**

AND NOW, comes the defendant, WILLIAM JAMES MACARTHUR, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

1. The defendant, William James MacArthur, has been charged in a one-count indictment with violation of Title 18 U.S.C. § 2113(a); bank robbery.

2. Pursuant to an Order of Court dated January 9, 2006, certain types of pretrial motions are due on February 6, 2006.

3. Additional time is needed to complete counsel's investigation of the facts and law before informed decisions can be made concerning the filing of pretrial motions.

4. Accordingly, counsel requests an additional thirty (30) days within which to file pretrial motions.

WHEREFORE, defendant, William James MacArthur, respectfully requests an extension of thirty (30) days to file pretrial motions.

    Respectfully submitted,

/s/ Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA ID #88653