## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

March 9, 2006

Marshall J. Piccinini, AUSA

Thomas W. Patton, AFPD

William James MacArthur c/o Thomas W. Patton, AFPD

U.S. Marshal

Pretrial Services

Probation Office

      Re:   United States of America v. William James MacArthur
              Criminal No. 05-13E

Dear Counsel:

    Please be advised that a Hearing on a Change of Plea for defendant William James MacArthur is scheduled in the above captioned matter on Tuesday, March 14, 2006 at 9:00 a.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

                                        Very truly yours,

                                        John Galovich, Deputy Clerk
                                        To Judge Maurice B. Cohill, Jr.