# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. )
)
)
)
vs. ) CR 05-13 E
William James MacArthur )
)
)
Defendants )

HEARING ON  Change of Plea

Before  Judge Cohill

Marshall Piccinini AUSA          Tom Patton AFPD

Appear for Plaintiff              Appear for Defendant

Hearing Begun  9:00 3/14/06        Hrg Adjourned to  —

Hrg concluded C.A.V.  9:40 3/14/06   Stenographer  Sandra Black

WITNESSES
For Plaintiff                     For Defendant

D sworn, found competent to plead.
Standard plea colloquy given.
Indictment, offense elements, penalties read.
D changes plea to "guilty" as to Count I.
Present bond continued.

SENTENCING set for 8/22/06 at 11:00 a.m.