IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.

v.                                         Criminal No. 05-13E

WILLIAM JAMES MACARTHUR

*[Handwritten notation, partially legible: "...defendant in the above-entitled case hereby withdraws his plea of not guilty entered April 11, 05 and now pleads guilty in open court this 14th day of March, 06" — "as to Count I"]*

*[Signatures]*