## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

August 1, 2006

Marshall J. Piccinini, AUSA

Thomas W. Patton, AFPD

William James MacArthur c/o Thomas W. Patton, AFPD

U.S. Marshal

Probation Office

    Re:  United States of America v. William James MacArthur
          Criminal No. 05-13E

Dear Counsel:

    Please be advised that the Sentencing Hearing for defendant William James MacArthur is scheduled in the above captioned matter on Tuesday, August 22, 2006 at 11:00 a.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

Very truly yours,

*John Galovich*

John Galovich, Deputy Clerk
To Judge Maurice B. Cohill, Jr.