# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States )
)
)
)
vs. )    CR. 05-13 Erie
William James MacArthur )
)
)
Defendants )

HEARING ON __SENTENCE__

Before __Judge Maurice B. Cahill, Jr.__

__Marshall Piccinini, AUSA__        __Tom Patton, AFPD__

Appear for Plaintiff            Appear for Defendant

Hearing Begun __11:00 a.m. Tues. 8/22/06__    Hrg Adjourned to _____

Hrg concluded C.A.V. __12:00 pm__   Stenographer __Sandy Weinger__

### WITNESSES

For Plaintiff                For Defendant

Guideline Range: 22 II, 46-57 months; 2-3 s.r.; fine 7,500-75,000; Rest. $604, $100 S.A.

Def. witness: Joe Tarquino, Administrator of Maria Home Projects.

Gov't witness: Sharon Shaw, Branch Manager, Mercer County State Bank (Clintonville)

Argument heard.

Defendant is hereby sentenced to 36 months' imprisonment; 3 years supervised release; Restitution of $604 to be paid to Mercer County State Bank; fine waived; $100 special assessment.

Defendant objects to DNA requirement of Conditions of supervised release.
Defendant requests a recommendation close to Erie.

Present Bond Continued.