IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America        )
                                )
            vs.                 )        Criminal Number 05-13E
                                )
WILLIAM MACCARTHUR              )

The above named defendant satisfied the judgment of AUGUST 22, 2006 by paying on DECEMBER 12, 2006 the full balance due on his/her court ordered:

       __X__ Assessment
       _____ Fine
       _____ Costs
       _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  1-4/07
Deputy Clerk               Date